IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANTHONY POWELL,

        Petitioner,                      No. CIV S-09-1823 WBS DAD P

    vs.

D.K. SISTO,

        Respondent.                ORDER

_____/

        On August 3, 2010, petitioner filed a motion for the appointment of counsel as well as untimely objections to the court's April 1, 2010 findings and recommendations in which the undersigned recommended that this action be dismissed. In those findings and recommendations the court determined that petitioner's habeas petition filed in this action was duplicative of his habeas petition filed in case number CIV S-09-1598 EFB P, which challenged the same underlying conviction and contained virtually identical allegations and claims.[1] Petitioner was given twenty-one days to file objections to those findings and recommendations. On April 5, 2010, petitioner filed a request for the status of habeas action. In light of that filing

---

[1] "Dismissal of the duplicative lawsuit, more so than the issuance of a stay or the enjoinment of proceedings, promotes judicial economy and the comprehensive disposition of litigation." Adams v. Cal. Dep't of Health Services, 487 F.3d 684, 692 (9th Cir. 2007) (internal quotation marks omitted).

1

and out of an abundance of caution, the court on May 13, 2010 directed the Clerk to re-serve the findings and recommendations upon petitioner at the institution reflected in his request for case status even though petitioner had not filed a notice of change of address with the court as required. Petitioner still did not file objections to the findings and recommendations and on June 24, 2010, the assigned district judge adopted those findings and recommendations and dismissed this action. Judgment was entered that same day and the case was closed.

Because this action has been dismissed and judgment entered, documents filed by petitioner after the closing date of this action will be disregarded and no further orders will issue in response to future filings in this habeas proceeding.

DATED: September 13, 2010.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
pow1823.158